CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JAN -9 2015
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TIMOTHY WALLACE,<br>　　Petitioner, | Civil Action No. 7:14-cv-00632 |
| v. | **ORDER** |
| FEDERAL BUREAU OF<br>PRISONS, et al.,<br>　　Respondents. | By:　Hon. Jackson L. Kiser<br>　　　Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus is **DISMISSED** without prejudice, pursuant to Rules 1(b) and 4 of the Rules Governing Section 2254 Cases, the motion to appoint counsel is **DENIED as moot**, and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 9th day of January, 2015.

　　　　　　　　　　　　　　　　/s/ Jackson L. Kiser
　　　　　　　　　　　　　　　　Senior United States District Judge